# United States District Court
## Southern District of Georgia

MARCUS ANTHONY TERRELL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 617-104

DOUG WILLIAMS, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 7, 2018 adopting the Report and Recommendation as the opinion of the Court, that Plaintiff's Complaint is dismissed without prejudice for failure to prosecute and failure to follow this Court's orders. Plaintiff is denied leave to proceed in forma pauperis on appeal. This case stands closed.



3/7/2018  
Date

Scott L. Poff  
Clerk

*Jamie Hodge*  
(By) Deputy Clerk